# Court of Appeals
# of the State of Georgia

ATLANTA, November 01, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0438.  JAMES MCCONNELL, et al v. ANTOINETTE WRIGHT, et al.**

James and Martha McConnell sued Antoinette Wright and others, seeking to recover for damages they sustained in a car accident.  After a jury trial, the trial court entered a judgment in the McConnells' favor in the amount of $4,600.  They then filed this direct appeal.

We lack jurisdiction.  The discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6).  Because the McConnells failed to follow the required procedure, their appeal is hereby DISMISSED for lack of jurisdiction. See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/01/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*